Melissa R. Theriault, #6-4266
WOODHOUSE RODEN AMES & BRENNAN, LLC
1912 Capitol Avenue, Suite 500
P.O. Box 1888
Cheyenne, WY 82003
(307) 432-9399
melissa@wrablaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Colonel Victoria Miralda (Ret), Plaintiff, | } } } |
| vs. | } CASE NO. 22-CV-111-SWS } |
| Chinook Winds, llc, a Wyoming Limited Liability Company, Defendant. | } } } } } |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and a Settlement Agreement between the parties, the Plaintiff in the above-captioned matter voluntarily dismisses this action and all of her claims against Defendant with prejudice.

Respectfully submitted this 27th day of February 2023.

Melissa R. Theriault #6-4266
WOODHOUSE RODEN AMES & BRENNAN, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com

Matthew Walker
Olsen Legal Group, LLC
204 E. 22nd Street
Cheyenne, WY 82001
307-414-8385
matthew@olsenlegalgroup.com