FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR -1  PM 3: 08

MARGARET BOTKINS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Colonel Victoria Miralda (Ret),
Plaintiff,

vs.

CASE NO. 22-CV-111-SWS

Chinook Winds, llc, a Wyoming Limited
Liability Company,
Defendant.

# ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on a *Stipulation of Dismissal* pursuant to Fed. R. Civ. P. 41(a)(1)(ii). (ECF No. 28.)

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice**.

Dated this 1ST day of March, 2023.

Scott W. Skavdahl
United States District Judge